

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-94,606-01

### EX PARTE LAWRENCE ISERAL HUBERT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR34892-A
### IN THE 253RD DISTRICT COURT FROM LIBERTY COUNTY

*Per curiam*. **YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of unlawful possession of a firearm by a felon. He was sentenced to two terms of thirty years' imprisonment. The Ninth Court of Appeals affirmed his convictions. *Hubert v. State*, Nos. 09-21-00169-CR, 09-21-00170-CR (Tex. App.–Beaumont, April 27, 2022) (not designated for publication).

Applicant's writ application raised five grounds of relief, including a claim of double jeopardy. This Court remanded the case for the trial court to develop the record and enter findings of fact and conclusions of law.

The parties agree that Applicant dropped two firearms while running from police. The fact that Applicant had two firearms was the basis for charging and convicting him of two counts of unlawful possession of a firearm by a felon. The trial court has determined Applicant's convictions for unlawful possession of a firearm by a felon violate double jeopardy because unlawful possession of a firearm turns on the status of being a felon. *See Ex parte Woods,* 664 S.W.3d 260, 263 (Tex. Crim. App. 2022). We agree. Relief is granted. The judgment in Count Two of Cause No. CR34892 in the 253rd District Court of Liberty County is vacated and set aside. All remaining issues are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: December 6, 2023
Do not publish